

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action No. 06- 98 M |
| | ) | |
| SHANNOEN E. MOORE, | ) | |
| | ) | |
| Defendant. | ) | |

### MOTION AND ORDER TO SEAL ARREST WARRANT AND FILE

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Ilana H. Eisenstein, Assistant United States Attorney for the District of Delaware, moves that the Arrest Warrant and File in this case be sealed until the arrest and apprehension of defendant Shannoen E. Moore.

        COLM F. CONNOLLY
        United States Attorney


        By: _____
        Ilana H. Eisenstein
        Assistant United States Attorney

Dated: August 28, 2006

AND NOW, to wit, this _28_ day of _August_____, 2006, upon the foregoing Motion, **IT IS HEREBY ORDERED** that the Arrest Warrant and File in the above-captioned case be sealed until the arrest and apprehension of defendant.

        _____
        Honorable Mary Pat Thynge
        United States Magistrate Judge