AO 442(Rev. 12/85) Warrant for Arrest

## UNITED STATES DISTRICT COURT

### DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

v.

SHANNOEN E. MOORE

**WARRANT FOR ARREST**

CASE NUMBER: 06- 98 M

SEALED
Unsealed 9/6/06

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **SHANNOEN E. MOORE** when and as stated in the Criminal Complaint and bring said Defendant to the nearest magistrate to answer a(n)

__ Indictment  __ Information  _X_ Complaint  __ Order of court  __ Violation Notice  __ Probation Violation Petition

charging the Defendant with knowingly possessing in and affecting interstate commerce, a firearm, that is, a Kel Tec 9 mm luger, serial number 136255, after having been convicted on or about April 8, 2002, of a crime punishable by imprisonment for a term exceeding one year.

in violation of Title __18__ United States Code, Section (s) ____922(g)(1)____

| | |
|---|---|
| Honorable Mary Pat Thynge | United States Magistrate Judge |
| Name of Issuing Officer | District of Delaware |
| | Title of Issuing Officer |
| [signature] | |
| Signature of Issuing Officer | August 28, 2006   Wilmington, DE |
| | Date and Location |

Bail fixed at $ _____  by _____
                                  Name of Judicial Officer

---

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____
Shannon Moore

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 8-28-06 | William David, DUSM | William [signature] |
| DATE OF ARREST | | |
| 9-6-06 | | |

AO 442 (Rev. 12/85) Warrant for Arrest