IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal Action No. 06- 98M |
| | ) |
| SHANNEON E. MOORE, | ) |
| aka Shannon E. Moore, | ) |
| | ) |
| Defendant. | ) |

## MOTION AND ORDER TO UNSEAL COMPLAINT AND FILE

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, Ilana H. Eisenstein, Assistant United States Attorney for the District of Delaware, hereby moves that the complaint and file in the above-captioned case be unsealed as defendant Shanneon E. Moore has been arrested in the state of Delaware.

COLM F. CONNOLLY
United States Attorney

By: /s/ Ilana H. Eisenstein
Ilana H. Eisenstein
Assistant United States Attorney

Dated: September 7, 2006

AND NOW, this __7__ day of September, 2006, upon the foregoing Motion, it is ORDERED that the complaint and file in the above-captioned case are hereby unsealed.

Honorable Mary Pat Thynge
United States Magistrate Judge